UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BENJAMIN PEREZ ALICEA, individually and on
behalf of all others similarly situated,
    Plaintiff,

    v.                                    Civil Action No. 1:21-cv-10921-IT

COMMONWEALTH FINANCIAL SYSTEMS, INC.;
CF MEDICAL INC. a/k/a CF Medical, LLC; and
John Does 1-25,
    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

TALWANI,  D.J.

The Court having been advised on July 30, 2021, that the above-entitled action has

been settled;

IT IS ORDERED that the action against defendants is hereby dismissed, without

costs and without prejudice to the right of any party, to reopen the action within sixty

(60) days if settlement is not consummated.


By the Court,

Dated:  August 2, 2021                          /s/Gail A. Marchione,_____
                                              Courtroom Deputy Clerk